**Reversed and Remanded and Memorandum Majority Opinion and Memorandum Dissenting Opinion filed March 14, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00641-CV

---

## ELITE TOWNHOMES, LLC AND SOUHAIL H. ADAM, Appellants

## V.

## INTOWN CONSTRUCTION GROUP, LLC, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-06530**

---

## MEMORANDUM DISSENTING OPINION

While I otherwise agree with reversing the trial court's interlocutory order, there is no case in this court to remand to the trial court because this is an interlocutory appeal.

As Chief Justice Calvert famously wrote, "A correct draft of a judgment to be included in an opinion which has been written with care should be the final challenge to the writing judge." Robert W. Calvert, *Appellate Court Judgments or*

*Strange Things Happen on the Way to Judgment*, 6 Tex. Tech L. Rev. 915, 925 (1975). I dissent to the portion of this court's judgment purporting to remand something that is not here.

/s/ Charles A. Spain
   Justice

Panel consists of Justices Spain, Poissant, and Wilson (Spain, J., dissenting).